PER CURIAM.

(No. 74-CC-765—

HOMER P. POWERS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 25, 1974.*

HOMER P. POWERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-791—

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS, Respondent.

*Opinion filed July 25, 1974.*

JAMES M. LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.